**Order entered August 21, 2013**



In The
# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-13-00581-CR

**WHITFIELD DAVIS EDWARDS, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 292nd Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. F-1017106-V**

## ORDER

The Court **GRANTS** appellant's August 19, 2013 motion for extension of time to file appellant's brief.

We **ORDER** appellant to file the brief within **THIRTY DAYS** from the date of this order.

/s/  LANA MYERS
    JUSTICE